IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY HILLIARD**                                                                             **PLAINTIFF**

v.                                   **Case No. 4:22-cv-00366 KGB**

**FARMERS INSURANCE
COMPANY, INC.**                                                                   **DEFENDANT**

## ORDER

Before the Court is the parties' agreed stipulation of dismissal (Dkt. No. 16). The agreed stipulation of dismissal accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the agreed stipulation of dismissal (Dkt. No. 16). The action is dismissed with prejudice. The Court denies as moot the motion for expert to appear at trial remotely (Dkt. No. 13).

So ordered this the 5th day of April, 2023.

_____
Kristine G. Baker
United States District Judge